OPINION — AG — THE COUNTY COMMISSIONERS OF OKMULGEE COUNTY ARE REQUIRED TO PAY FROM COUNTY FUNDS THE EMPLOYER'S SHARE ON BEHALF OF THE EMPLOYEES OF THE DISTRICT ATTORNEY'S OFFICE LOCATED IN OKMULGEE COUNTY. FURTHER, IT IS THE OPINION OF THE ATTORNEY GENERAL THAT THE EFFECTIVE DATE FOR THE REQUIRED PARTICIPATION PAYMENTS IS JULY 1, 1967 CITE: OPINION NO. 67-102, 19 O.S. 1967 Supp., 215.18 [19-215.18], 74 O.S. 1967 Supp., 901-928 [74-901] — [74-928], 19 O.S. 1967 Supp., 215.1-215.21 [19-215.1] — [19-215.1-] 19 O.S. 1967 Supp., 215.14 [19-215.14], 74 O.S. 1967 Supp., 910 [74-910](2) (BRAIN UPP)